IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONTEZ M. BOWENS | : | CIVIL ACTION |
| | : | NO. 14-2689 |
| v. | : | |
| | : | |
| EMPLOYEES OF THE DEPARTMENT | : | |
| OF CORRECTIONS, et al. | : | |

**ORDER**

AND NOW, this 15th day of June, 2016, upon consideration of the Graterford defendants' motion to dismiss plaintiff Montez M. Bowens' amended complaint, Dkt. No. 60, and plaintiff's response thereto, Dkt. No. 63, and consistent with the accompanying memorandum of law, it is ORDERED that the Graterford defendants' motion is GRANTED and plaintiff's amended complaint is DISMISSED to the extent that it asserts claims against the Graterford defendants.[1]

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.

---

[1] The Graterford defendants are: Frank Regan, Jeffrey Brown, George Crane, Mark Knapp, Jedidiah Horne, Moises Mateus, Jose Mejias, Deron Nettles, George Smith, John Wetzel, Michael Klopotoski, Scott Miller, Robin Lewis, Keri Cross, Amanda West, Dorina Varner, James Barnacle, Keri Moore, Brian Taylor, Catherine Fliszar, Stacey O'Mara, Mary Canino, Michael Wenerowicz, Gregory Ondrejka, Jay Lane, Alfred Flaim, Mark Cox, David Gregoire, Shawn Roth, William Pollard, Pedro Mirabal, Algatha Poindexter, Selina Wanamaker, Tonette Ferguson, Michael Zabresky, Adam Sharrer, Michael Laiuvara, Thomas Grenevich, Suzanne Karpinski, Joseph Terra, Joseph Yodis, Jaime Luquis, Andrew Thomas, Sean Allison, Jeffrey Baker, James Spagnoletti, George Robinson, Lizette Blakely, Victor Pena, Raymond Patton, Rachael Degideo, Wendy Shaylor, James Day, Charles Fix, Lawrence Ludwig, Richard Ransome, Christopher Rozich, Mary Rosetta, Jones, Harris, D.C. James, E. Rivera, Webster, Boone, McCallender, D.K. James, A. Avila, R. Terra, Brady, Grunder, Kerry Kerschner, Robert Terra and Laurel Harry.