IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONTEZ M. BOWENS | : | CIVIL ACTION |
| | : | NO. 14-2689 |
| v. | : | |
| | : | |
| EMPLOYEES OF THE DEPARTMENT | : | |
| OF CORRECTIONS, et al. | : | |

## ORDER

AND NOW this 23rd day of June, 2016, upon consideration of a motion for summary judgment by defendants Dr. P. Bratton and Dr. Martinez, Dkt. No. 68, a memorandum in support thereof, Dkt. No. 70, their statement of facts, Dkt. No. 70, a lengthy appendix to their motion. Dkt. Nos. 71-74, and an opposition to Bratton and Martinez's motion by plaintiff Montez M. Bowens, Dkt. No. 78, and consistent with the accompanying memorandum of law, it is ORDERED that Bratton and Martinez's motion for summary judgment is GRANTED and JUDGMENT IS ENTERED in favor of Dr. P. Bratton and Dr. Martinez and against plaintiff Montez M. Bowens.

The Clerk of Court shall mark this case closed for statistical purposes.

                                                    *s/Thomas N. O'Neill, Jr.*
                                               THOMAS N. O'NEILL, JR., J.